IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr83 HTW-LRA

LARRY LUSTER  18 U.S.C. § 922(a)(1)(A)

**The United States Attorney charges:**

That on or about March 12, 2012, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **LARRY LUSTER**, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive a firearm in interstate and foreign commerce.

In violation of Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), Title 18, United States Code.

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Information, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The United States Attorney has determined that probable cause exists to believe that the

following property is subject to forfeiture as a result of the offenses alleged in this Information:

- **One (1) Iberia Arms/Hi-Point pistol, 0.40 caliber, Model JC40, Serial Number 102689;**
- **One (1) Browning shotgun, 12 gauge, Model Light 12, Serial Number 83409 and any ammunition;**
- Two (2) 0.40 caliber magazines; and
- Any ammunition.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

GREGORY DAVIS
United States Attorney